Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KENNETH FAIRBANKS, Respondent, v. FERDINAND C. TOWNSEND and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ROSE ABRAHAMS, Respondent, v. JACOB SHAINESS, Appellant, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JOHN W. SCHWARTZ, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of JOHN D. LINDSAY, Appellant. (JOHN F. HYLAN and Others.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of DAVID HIRSHFIELD, as Commissioner, etc (AUGUSTUS J. RINX.) — Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JULIUS STEIERMAN, Appellant, v. REGAL SHIRT Co., INC., and Others, Respondents.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

KATE T. HICKIE, Appellant, v. ALEXANDER MACTIER HADDEN, Respondent.— Motion denied. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

AUGUSTA E. STETSON, Respondent, v. GALEN M. HARRIS and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin. JJ.

In the Matter of the Application of PHIL GLEICHMAN. (SIDNEY R. KENT.) — Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

HARRY L. DAURNHEIM, Appellant, v. ROANOKE CITY MILLS, INC., Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, v. JOHN M. LARSEN, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

ANNA LERMAN, Respondent, v. JOB E. HEDGES, Receiver, etc., Appellant.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

CAMILLE B. BROCK, Respondent, v. WARREN FILM Co., INC., and Another, Appellants.— Motion granted. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others, Plaintiffs, v. MARY C. BISHOP and Others, Respondents, Impleaded with ABIGAIL HANCOCK BISHOP, Appellant, and Others, Defendants.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK and Others, as Trustees, etc., Respondents, v. JAMES C. BISHOP and Others, Defendants,